# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0573, A13A0574. CONSUELA GRACIELLA DEWAYNE v. WELLS FARGO BANK NA.**

Wells Fargo Bank filed a dispossessory action against Consuela Graciella Dewayne in magistrate court. The magistrate court entered a writ of possession, and Dewayne appealed. On August 19, 2011, the superior court entered an order requiring Dewayne to pay rent into the registry of the court. In Case No. A13A0573, Dewayne appeals from this order. In Case No. A13A0574, Dwayne appeals from the trial court's order denying her motion for reconsideration of its order of August 19, 2011.

Because the superior court order of August 19, 2011, involves a de novo appeal from a magistrate court decision, Dewayne was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Moreover, it appears that the merits of the dispossessory ruling remain pending below. Thus, the court's order requiring payment of rent is not final and is subject to the interlocutory review procedure in OCGA § 5-6-34 (b). See *Carter v. Landel/Arundel, Inc.*, 172 Ga. App. 115, 116 (3) (322 SE2d 108) (1984). Additionally, appeals in dispossessory actions must be filed within seven days after entry of the order at issue. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Consequently, Dewayne's notice of appeal, which was filed on September 12, 2011, 24 days after entry of the order on appeal, is untimely. Finally, the denial of a motion for reconsideration is not directly appealable. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

For these reasons, we lack jurisdiction to consider Dewayne's appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 12/05/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*